IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02378-RBJ-MJW

DEREK CORDOVA,

Plaintiff(s),

v.

MIDLAND CREDIT MANAGEMENT, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion for Leave to Attend Scheduling Conference by Telephone (Docket No. 12) is GRANTED.  Counsel for Plaintiff is directed to call the court's chambers (303-844-2403) at the scheduled time.  If more than one person will be appearing by telephone, counsel is directed to have all such persons on the line before contacting chambers.

Date: October 14, 2014