IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02378-RBJ-MJW

DEREK CORDOVA,

Plaintiff(s),

v.

MIDLAND CREDIT MANAGEMENT, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Leave to Attend Scheduling Conference by Telephone (Docket No. 16) is GRANTED.  Since Plaintiff is also appearing by telephone (see Docket Nos. 12, 14), the parties are directed to arrange a conference line and have on the line all persons who will be appearing, prior to contacting chambers.

Date: October 15, 2014